IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 AUG 11  AM 8:40

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )     CR 106-029 |
| | ) |
| CARLOS GRANADOS | ) |
| VIRGINIA PEREZ | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the plea of guilty from each defendant is accepted as to Count One of the Indictment. Upon review of the presentence investigation report, sentence will be imposed, and a final judgment of guilty shall thereafter be entered against each defendant.

SO ORDERED this _11th_ day of August, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

          vs.

CARLOS GRANADOS
VIRGINIA PEREZ

              *          CASE NO.  CR106-029

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1.   Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2.   That the aforementioned envelope(s) contain a copy of the documents known as order                                    dated 8/11/06                          , which is part of the official records of this case.

Date of Mailing:   8/11/06
Date of Certificate:  8/11/06

SCOTT L. POFF, CLERK

By   *L. Flanders*
:

NAME:

1. Carlos Granados
2. Virginia Perez
3. Brian Epps
4. John R. Taylor
5.
6.
7.

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☒ | District Judge |
| ☐ | ☒ | Magistrate Judge |
| ☐ | ☐ | Minutes |
| ☐ | ☐ | U.S. Probation |
| ☐ | ☐ | U.S. Marshal |
| ☐ | ☒ | U.S. Attorney |
| ☐ | ☐ | JAG Office |

Cert/Copy

| | | |
|---|---|---|
| ☐ | ☐ | Dept. of Justice |
| ☐ | ☐ | Dept. of Public Safety |
| ☐ | ☐ | Voter Registrar |
| ☐ | ☐ | U.S. Court of Appeals |
| ☐ | ☐ | Nicole/Debbie |
| ☐ | ☐ | Ray Stalvey |
| ☐ | ☐ | Cindy Reynolds |